Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Christopher E. Coleman
*ccoleman@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
One Nashville Place
150 Fourth Avenue, North
Suite 1650
Nashville, TN  37219-2423
Tel:  615-313-9000
Fax:  615-313-9965

Attorneys for Plaintiff and the Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY BRICKER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOREAN AIR LINES CO., LTD., and ASIANA AIRLINES, INC.,<br>Defendants. | Case No. C 07-4508-MEJ<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS PURSUANT TO CIVIL L.R. 3-13**<br><br>The Honorable Maria-Elena James |

PLEASE TAKE NOTICE that pursuant to Civil L.R. 3-13, Plaintiff Amy Bricker provides notice that *Bricker v. Korean Air Lines Co., Ltd. et al.*, Case No. C 07-4508-MEJ ("*Bricker*"), involves all or a material part of the same subject matter and all or substantially all of the same parties as the following pending actions filed in this District:

1. *Hee Ho Chung, et al. v. Korean Air Lines Co., Ltd., et al.*, Case No. C 07-3985

2. *Hwa Ja Chung v. Korean Air Lines Co., Ltd.*, Case No. C 07-4016

3. *Ben Lee v. Korean Air Lines Co., Ltd.*, Case No. C 07-4085

4. *Yun Choi v. Korean Air Lines Co., Ltd.*, Case No. C 07-4173

5. *Yoon S. Chang v. Korean Air Lines Co., Ltd. et al.*, Case No. C 07-4244

6. *Kirby Kim v. Korean Air Lines Co., Ltd.*, Case No. C 07-4245

7. *Scott McLean v. Korean Air Lines Co, Ltd., et al.*, Case No. C 07-4297

8. *Martin Kaufman v. Korean Air Lines Co., Ltd.*, Case No. C 07-4349

9. *Lee v. Korean Air Lines Co., Ltd. et al.*, Case No. C 07-4509

*Bricker* also involves all or a material part of the same subject matter and all or substantially all of the same parties as following pending actions filed in other districts:

1. *Kim v. Korean Air Lines Co., Ltd.*, Case No. 07-cv-11427 (D. Mass.)

2. *Hyun Park et al. v. Korean Air Lines Co., Ltd.*, Case No. 07-cv-5107 (C.D. Cal.)

3. *Van Horn v. Korean Air Lines Co., Ltd.*, Case No. 07-cv-1228 (W.D. Wash.)

4. *Pak v. Korean Air Lines Co., Ltd.*, Case No. 07-cv-1263 (W.D. Wash.)

5. *Nam v. Korean Air Lines Co., Ltd.*, Case No. 07-cv-1264 (W.D. Wash.)

6. *Moon et al. v. Korean Air Lines Co., Ltd.*, Case No. 07-cv-1280 (W.D. Wash.)

7. *Chung v. Korean Air Lines Co., Ltd.*, Case No. 07-cv-1281 (W.D. Wash.)

8. *Kim v. Korean Air Lines Co., Ltd.*, Case No. 07-cv-1294 (W.D. Wash.)

9. *Desa Philadelphia v. Korean Air Lines Co., Ltd.*, Case No. 07-cv-5453 (C.D. Cal.)

10. *Kim v. Korean Air Lines Co., Ltd. et al.*, Case No. 07-cv-3526 (E.D.N.Y.)

11. *Kim et al. v. Korean Air Lines Co., Ltd. et al.*, Case No. 07-cv-1313 (W.D. Wash.)

12. *Cliff Park v. Korean Air Lines Co., Ltd. et al.*, Case No. 07-cv-5561 (C.D. Cal.)

13. *Laura Albee v. Korean Air Lines Co., Ltd.*, Case No. 07-cv-5593 (C.D. Cal.)

14. *Kim v. Korean Air Lines Co., Ltd. et al.*, Case No. 07-cv-1337 (W.D. Wash.)

15. *Heung-Ki Youn v. Korean Air Lines Co., Ltd.*, Case No. 07-cv-5583 (C.D. Cal.)

16. *Lee v. Korean Air Lines Co., Ltd. et al.*, Case No. 07-cv-1151 (D. Nev.)

17. *Choi v. Korean Air Lines Co., Ltd.*, Case No. 07-cv-1342 (W.D. Wash.)

18. *Sohn v. Korean Air Lines Co., Ltd.*, Case No. 07-cv-1351 (W.D. Wash.)

19. *Papazian v. Korean Air Lines Co., Ltd.*, Case No. 07-cv-1357 (W.D. Wash.)

20. *Perry v. Korean Air Lines Co., Ltd. et al.*, Case No. 07-cv-2129 (N.D. Ga.)

21. *Hong et al. v. Korean Air Lines Co., Ltd. et al.*, Case No. 07-cv-3906 (D. Minn.)

In *Bricker,* Plaintiff alleges that Defendants Korean Air Lines Co. Ltd. and Asiana Airlines, Inc. violated Section 1 of the Sherman Act, 15 U.S.C. § 1, by conspiring to fix prices for passenger flights between the United States and the Republic of Korea. These allegations are substantially the same as those in each of the above-listed actions.

Some or all of the above-listed cases are pending before the Judicial Panel on Multidistrict Litigation under the caption *In Re: Korean Air Lines Co., Ltd., Antitrust Litigation*, MDL 1891. All the above-listed actions should be transferred to one district pursuant to 28 USC § 1407.

Dated: September 7, 2007

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/*Joseph R. Saveri*
Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
*jsaveri@lchb.com*
Eric B. Fastiff (State Bar No. 182260)
*efastiff@lchb.com*
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Christopher Coleman
*ccoleman@lchb.com*
One Nashville Place
150 Fourth Avenue, North
Suite 1650
Nashville, TN 37219-2423
Tel: 615-313-9000
Fax: 615-313-9965

*Attorneys for Plaintiff and the Proposed Class*